1040

[No. 32146-1-III.  Division Three.  December 8, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. MARSHALL L. STORY, *Appellant*.

Appeal from a judgment of the Superior Court for Garfield County, No. 13-1-00003-6, William D. Acey, J., entered December 17, 2013. *Reversed* and *remanded with instructions* by unpublished opinion per Siddoway, C.J., concurred in by Fearing and Lawrence-Berrey, JJ.

[No. 32641-1-III.  Division Three.  December 8, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. MONTY RAY BOCKMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 13-1-01346-4, Robert G. Swisher, J., entered July 28, 2014. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Fearing and Lawrence-Berrey, JJ.

[No. 32715-9-III.  Division Three.  December 8, 2015.]

*In the Matter of the Parental Rights to* M.P.

Appeal from a judgment of the Superior Court for Spokane County, No. 13-7-02013-3, Royce H. Moe, J. Pro Tem., entered August 21, 2014. *Affirmed* by unpublished opinion per Fearing, J., concurred in by Korsmo and Lawrence-Berrey, JJ.

[No. 32827-9-III.  Division Three.  December 8, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID PRESTON WOOD, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 14-8-00237-7, Carrie L. Runge, J., entered October 16, 2014. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Siddoway, C.J., and Lawrence-Berrey, J.